**CONDENSED COPY**

```
 1            UNITED STATES DISTRICT COURT
 2             SOUTHERN DISTRICT OF OHIO
 3                  WESTERN DIVISION
 4               CASE NO. C-1-01-680
 5
 6   ERIC L. JEFFRIES,          :
 7            Plaintiff,        :
 8            vs.               :
 9   PRUDENTIAL INSURANCE       :
10   COMPANY OF AMERICA,        :
11            Defendant.        :
12   - - - - - - - - - - - - -
13
14                  VOLUME II
15   DEPOSITION OF: DANIEL DOUGHERTY
16          Friday, May 16, 2003
17
18
19
20
21           ROSENBERG & ASSOCIATES
22   Certified Shorthand Reporters & Videographers
23           425 Eagle Rock Avenue
24         Roseland, New Jersey 07068
25              (973) 228-9100
```