Respectfully submitted,

Dated: September 3, 2003        /s Michael A. Roberts_____
                                Michael A. Roberts, Esq. (0047129)
                                GRAYDON HEAD & RITCHEY LLP
                                511 Walnut Street, Suite 1900
                                Cincinnati, Ohio 45202
                                (513) 629-2799
                                (513) 651-3836 - fax
                                email:mroberts@graydon.com
                                *Trial Counsel For Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was emailed and mailed to Edward T. Wahl, Esq., FAEGRE &BENSON LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-3901 and Jim Cummings, Waite Schneider Bayless & Chesley, One West Fourth Street, Cincinnati, Ohio 45202, on this 3rd day of September, 2003.

                                /s Michael A. Roberts_____

356121.1