# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Eric L. Jeffries,
              Plaintiff,

       v.

                                        Case No.  C-1-01-680
                                        (Weber, J.; Hogan, M.J.)

Prudential Insurance Company of America,
              Defendant.

_____

## NOTICE
_____

       Please take notice that the above-captioned case which had been set for a motion hearing for Defendant's Motion for Summary Judgment (Doc. 47) on October 10, 2003, will be reset before the Honorable Timothy S. Hogan to:

              Wednesday, October 15, 2003, at 9:30 am
              706 Potter Stewart U.S. Courthouse


              Timothy S. Hogan
              United States Magistrate Judge


       s/Barbara A. Crum
       _____
       Barbara A. Crum
       Courtroom Deputy

cc:    All counsel
bac        October 1, 2003
J:\CRUMBA\FORMS\CALENDAR\01-680.WPD