**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Eric L. Jeffries,
    Plaintiff,

v.

                                    Case No.  C-1-01-680
                                    (Weber, J.; Hogan, M.J.)

Prudential Insurance Company of America,
    Defendant.

_____

**NOTICE**

_____

      Please take notice that the above-captioned case which had been set for a motion hearing for Defendant's Motion for Summary Judgment (Doc. 47) on October 15, 2003, will be reset before the Honorable Timothy S. Hogan to:

Tuesday, October 21, 2003, at 2:00 pm
701 Potter Stewart U.S. Courthouse

                                    Timothy S. Hogan
                                    United States Magistrate Judge


                                    <u>s/Barbara A. Crum</u>
                                    Barbara A. Crum
                                    Courtroom Deputy

cc:    All counsel

bac    October 8, 2003
J:\CRUMBA\FORMS\CALENDAR\2001\01-680.WPD