UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC L. JEFFRIES, | ) | CASE NO. C-1-01-680 |
| | : | |
| Plaintiff, | ) | Judge Weber |
| | : | Magistrate Judge Hogan |
| vs. | ) | |
| | : | |
| PRUDENTIAL INSURANCE CO., | ) | |
| | : | |
| Defendant. | ) | |

### NOTICE OF STIPULATION ON INTEREST

This serves as notice that the parties have stipulated and agreed that the defendant shall pay to plaintiff the sum of $37,500 as and for interest due to plaintiff on the delayed payment of benefits which are the subject of this action.

AGREED:

/s Edward T. Wahl_____
Edward T. Wahl, Esq.
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Jim Cummins, Esq.
Waite Schneider Bayless, & Chesley
1513 Fourth And Vine Tower
1 West Fourth Street
Cincinnati, Ohio 45202
513-381-2375
*Counsel For Defendant*

/s Michael A. Roberts_____
Michael A. Roberts, Esq. (0047129)
*Attorney for Plaintiff*
GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202-3157
Phone:  (513) 629-2799
Fax:     (513) 651-3836
E-mail:  mroberts@graydon.com

1