**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**ERIC L. JEFFRIES,**

    Plaintiff,

-vs-                                                               Case No.  C-1-01-680

**PRUDENTIAL INSURANCE
COMPANY OF AMERICA,**

    Defendants.

---

## JUDGMENT IN A CIVIL CASE

|   |   |   |
|---|---|---|
|   | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| x | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

The Court hereby **ADOPTS AND INCORPORATES HEREIN BY REFERENCE** the Report and Recommendation of the United States Magistrate Judge (doc. no. 57). Plaintiff's Motion for Summary Judgment (doc. no. 48) is **DENIED** and defendant's Motion for Summary Judgment (doc. no. 47) is **GRANTED**. The plaintiff's requests for declaratory judgment and attorney fees are **DENIED**. Plaintiff is awarded a judgment for interest of $37,500.00. Each party shall pay their own costs. This case is **TERMINATED** on the docket of this Court.

Date:  April 29, 2004                                                 JAMES BONINI., CLERK

                                                                                By: s/  Darlene Maury
                                                                                Darlene Maury, Deputy Clerk