## UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| ERIC L. JEFFRIES, | ) | Case No. C-1-01-680 |
| | : | |
| Plaintiff, | ) | Judge Herman J. Weber |
| | : | |
| vs. | ) | |
| | : | |
| PRUDENTIAL INSURANCE COMPANY, | ) | **NOTICE OF APPEAL** |
| | : | |
| Defendant. | ) | |

Notice is hereby given that plaintiff in the above named case, Eric L. Jeffries, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on the 29th day of April, 2004 (*Docs. 61 and 62, adopting Doc. 57, Magistrate's Report and Recommendation*).

> /s Michael A. Roberts _____
> Michael A. Roberts (Ohio Bar No.: 0047129)
> Trial Attorney for Plaintiff
> Graydon Head & Ritchey LLP
> 1900 Fifth Third Center
> 511 Walnut Street
> Cincinnati, OH 45202
> (513) 629-2799
> (513) 651-3836 – fax
> email: mroberts@graydon.com

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically and thereby served upon Edward T. Wahl, Esq., FAEGRE & BENSON LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-3901 and Jim Cummins, Waite Schneider Bayless, & Chesley, 1513 Fourth And Vine Tower, 1 West Fourth Street, Cincinnati, Ohio 45202 by Regular U.S. Mail on this 19th day of May 2004.

> /s Michael A. Roberts _____