# TRANSMISSION FORM

FILED
JAMES BONINI
CLERK
04 JUN -2 AM 9:25

| | |
|---|---|
| **District Court:** S.D. of Ohio (Western) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** 1:01cv680 | Court of Appeals Case No: 04-3701 |
| **SHORT CAPTION** Eric L. Jeffries | Case Manager: **JILL COLYER** |
| Plaintiff/Petitioner vs. Prudential Insurance Company | Date Filed: |
| Defendant/Respondent | **FILED** MAY 26 2004 LEONARD GREEN, Clerk |
| *provide pro se address IF NOT on the docket sheet | |
| **District Court Judge:** Weber | **Anything That Needs Special Attention** |
| **Court Reporter(s):** Shandy Ehde, Draper & Oestricher | Notice of Appeal(Doc.63) appealing Order on Motion for Summary Judgment, Report and Recommendation, Order on Objection to Magistrate Judge Order(Doc.61) and Clerk's Judgment(Doc.62) entered on 4/29/04. |
| **From Deputy Clerk:** Kendra Jordan | |
| **Date:** 5/21/04 | |
| $255.00 Appeal Filing Fee Paid?   YES | |

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**    Volume(s)

Deposition(s)    Volume(s)        Exhibit(s)    Volume(s)

Transcript(s)    Volume(s)        **Sealed**    Volume(s)

   **Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: __**James Bonini, Clerk**__
United States District Court