UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 04-3701

FILED
JAMES BONINI
CLERK

05 AUG 29 PM 4:10

Filed: August 26, 2005

ERIC L. JEFFRIES

    Plaintiff - Appellant

  v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA

    Defendant - Appellee

1:01cv680

**MANDATE**

Pursuant to the court's disposition that was filed 8/3/05 the mandate for this case hereby issues today.

No costs taxed

Filing Fee ...........$
Printing ............$

    Total .........$

A True Copy.

Attest:

_____
Deputy Clerk