

06 JAN -4 PM 3: 34

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JEFFRIES

V

PRUDENTIAL

CIVIL ACTION: C-1-01-680
JUDGE WEBER

*************************************************************

I hereby acknowledge receipt of the Depositions submitted on behalf of my client in the above styled case.

1-4-06
Date

M. Roberts, counsel for Pltf